UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BETSY P. ELGAR,

          Plaintiff,

   v.

TINA HARDWICK, et al.,

          Defendants.

CASE NO. C12-6003 BHS

ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE AND APPOINT NEW JUDGE

This matter comes before the Court on Plaintiff Betsy Elgar's ("Elgar") motion to reopen case and appoint a new judge (Dkt. 4).

On December 3, 2012, the Court *sua sponte* dismissed Elgar's complaint. Dkt. 3. On December 7, 2012, Elgar filed the instant motion requesting that the Court reopen her case and appoint a new judge to consider her complaint. Dkt. 4. Elgar provides no authority for her position and fails to show why an appeal is not the appropriate remedy for her concerns. Therefore, the Court denies the motion.

**IT IS SO ORDERED**.

Dated this 16th day of January, 2013.

                                                        BENJAMIN H. SETTLE
                                                        United States District Judge